

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

Anna Ruiloba,                                    §              No. 08-17-00123-CR

                        Appellant,              §                 Appeal from the

v.                                                    §              171st District Court

The State of Texas,                          §              of El Paso County, Texas

                        State.                     §              (TC# 20140D02097)

                                                      §

**O R D E R**

The Texas Rules of Appellate Procedure require the trial court to enter a certification of the defendant's right of appeal in every case in which it enters a judgment of guilt or other appealable order. TEX. R. APP. P. 25.2(a)(2). The certification must include a notice that the defendant has been informed of his rights concerning an appeal, as well as any right to file a pro se petition for discretionary review. TEX. R. APP. P. 25.2(d). The certification must be signed by the defendant and a copy must be given to him. TEX. R. APP. P. 25.2(d).

The clerk's record in this cause contains the trial court's certification pursuant to TEX.R.APP.P. 25.2(a)(2), but the certification is defective because it has not been signed by the trial court judge. Accordingly, we direct the trial court to remedy the defect in the certification by preparing and filing a Trial Court's Certification of Defendant's Right of Appeal which includes the defendant's, counsel's, and judge's signatures. TEX. R. APP. P. 25.2(d). All of the provisions of 25.2(d) should be complied with including the requirement that the defendant be informed of his rights concerning an appeal, as well as any right to file a *pro se* petition for discretionary review.

The trial court is further ordered to forward the certification to the District Clerk of El Paso County, Texas and the same shall be included in a Supplemental Clerk's Record and filed with this Court on or before November 26, 2017.

IT IS SO ORDERED this 27th day of October, 2017.


PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.